UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN JAKUBOWSKI,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

Case No. 1:18-cv-391

Honorable Paul L. Maloney

## ORDER FOR PARTIAL DISMISSAL
## AND TRANSFER

In accordance with the Opinion filed this date:

**IT IS ORDERED** that Plaintiff's action against Defendant Michigan Department of Corrections and Halderer be **DISMISSED WITH PREJUDICE** on grounds of immunity and failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the remainder of the action shall be transferred to the Eastern District of Michigan, under 28 U.S.C. §§ 1391(b) and 1404(a).

Dated:   April 26, 2018                     /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge